SAO
J. Mitchell Cobeaga, Esq.
Nevada Bar No.: 0177
THE COBEAGA LAW FIRM
550 E. Charleston Blvd., Suite D
Las Vegas, Nevada 89104
Tel: (702) 240-2499
Fax: (702) 240-2489
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNSON LAW GROUP, a Nevada professional corporation, | Case No.: 2:09-cv-00638 |
| Plaintiff, | |
| vs. | |
| ELIMADEBT, USA, LLC., a Florida limited liability company; ELIMADEBT, LLC., a New York limited liability company, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL**

///
///
///
///
///
///

IT IS HEREBY STIPULATED, by and between Plaintiff JOHNSON LAW GROUP, a Nevada professional corporation; Defendants ELIMADEBT, USA, LLC., a Florida limited liability company and ELIMADEBT, LLC., a New York limited liability company; by and through their attorneys of record, that this case be dismissed in its entirety, with prejudice, with all parties to bear their own costs and fees incurred.

DATED this 8th day of July, 2010.

HUTCHISON & STEFFEN, LLC

Patricia Lee, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Johnson Law Group*

DATED this 9th day of July, 2010

THE COBEAGA LAW FIRM

J. Mitchell Cobeaga, Esq.
550 E. Charleston Blvd., Suite D
Las Vegas, Nevada 89104
*Attorneys for Ryan Sasson*

## ORDER

IT IS HEREBY ORDERED that case No. 2:09-cv-00638 is dismissed.

DATED this 12th day of July, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

THE COBEAGA LAW FIRM

J. Mitchell Cobeaga, Esq.
Nevada Bar No. 0177
550 E. Charleston Blvd., Suite D
Las Vegas, Nevada 89104
*Attorneys for Ryan Sasson*